308

THE HANOVER INSURANCE COMPANY, *ET AL.*, PLAIN-
TIFFS-PETITIONERS, v. MARTIN ROTH, *ET AL.*, DE-
FENDANTS-RESPONDENTS.

See same case below: 75 *N. J. Super.* 68.

*Messrs. Kisselman, Devine, Deighan & Montano, Mr.
Michael Patrick King* and *Mr. G. Wesley Manuel, Jr.,* for
the petitioners.

*Mr. Thomas Rauffenbart* for the respondents.

September 17, 1962.  Denied.

SALVATRICE DeMARCO, PLAINTIFF-PETITIONER,.v. JOHN
DeMARCO, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Laurence Semel* and *Mr. Richard S. Semel* for the
petitioner.

*Messrs. Kiefer & Bollermann* for the respondent.

September 17, 1962.  Denied.